IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN JOSEPH SIMMONS,

      Plaintiff,             No. CIV S-08-0160 GEB DAD P

    vs.

T. FLECKER, et al.,

      Defendants.      <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

1

1        2.  Plaintiff shall submit, within thirty days from the date of this order, a fully

2  completed in forma pauperis application.  Plaintiff's failure to comply with this order will result

3  in a recommendation that this action be dismissed without prejudice.

4  DATED: February 5, 2008.

5

6                                  _____

7                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

8  DAD:lr
  simm0160.3c

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26